**Entered on Docket
October 07, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: October 7, 2019

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Marie Donna Gigante,<br><br>            Debtor. | Case No. 15-42934 WJL<br><br>Chapter 13<br><br><u>HEARING SCHEDULED</u><br>Date: October 9, 2019<br>Time: 10:30 a.m.<br>Courtroom: 220<br>1300 Clay Street<br>Oakland, CA 94612 |

**MEMORANDUM REGARDING SCHEDULED HEARING**

    A hearing on interested party Rachelle Wells' Ex Parte Application to Reopen Case (the "Motion") (doc. 56) is currently scheduled for October 9, 2019 at 10:30 a.m. in the above-captioned case. While the former Chapter 13 Trustee's appearance is not mandated, the Court is especially interested in the former Trustee's stance regarding the Motion.

**\*END OF ORDER\***

**COURT SERVICE LIST**

Martha G. Bronitsky
Chapter 13 Trustee
P.O. Box 5004
Hayward, CA 94540